■ In the Matter of Gladys H. Cone, Respondent, against Town of Ontario et al., Appellants.— Judgment unanimously affirmed, with costs.

(Appeal from judgment of Monroe County Court for petitioner.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.